THE BERG AGENCY v. JOHN M. VERHAGE.

June 19, 1974. Petition for certification denied.

CEMETERY WORKERS AND GREENS ATTENDANTS UNION, LOCAL 365 v. ROMAN CATHOLIC DIOCESE OF NEWARK.

June 19, 1974. Petition for certification denied. (See 127 *N. J. Super.* 277)

STATE OF NEW JERSEY v. ROBERT MINTER.

June 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES JENKINS.

June 19, 1974. Petition for certification denied.

IN RE ADOPTION BY L. K.

June 19, 1974. Petition for certification denied.

MARY G. BELINSKI v. HOWARD GOODMAN.

June 19, 1974. Petition for certification denied.